AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 23-8248MB | Date and time warrant executed: <br> 4/21/2023 9:03 am | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> Postal Inspectors James Keenan and Matt Murrow | | |

Inventory of the property taken and name of any person(s) seized:

9505 5126 7779 3108 2950 85

- White cardboard box
- Plastic wrap
- Nylon bag
- Duct tape
- 2 bundles of powder wrapped in plastic wrap and duct tape, approximately 1,140 grams. Powder field tested positive for fentanyl

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/21/2023

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2023.04.21 11:02:31 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*